JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 15-0803 FMO (JCx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| $20,000 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment Against the Interests of Troy Ficklin, Robie Gaston, Pam McClendon, and All Potential Claimants, IT IS ADJUDGED that:

1.  Judgment shall be entered in favor of plaintiff in the total amount of $20,000.00.

2. Plaintiff shall serve known potential claimants with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 29th day of June, 2015.


                                    /s/
                          Fernando M. Olguin
                          United States District Judge